# United States Court of Appeals for the Federal Circuit

October 8, 2015

**ERRATA**

Appeal No. 2015-5073

**TIMOTHY SHERIDAN,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided: October 8, 2015
Nonprecedential Opinion

Please make the following change:

On page two, line one, replace "Thomas" with "Timothy."